AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 07, 2026

SEAN F. McAVOY, CLERK

|  |  |
|---|---|
| BENJAMIN P. | ) |
| *Plaintiff* | ) |
| v. | ) |
|  | ) |
|  | ) |
| FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY | |
| *Defendant* | |

Civil Action No.   1:25-CV-03133-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑   other:   Plaintiff's Brief, ECF No. 12, is DENIED. Defendant's Brief, ECF No. 16, is GRANTED. The Court affirms the Commissioner's decision.
Judgment in favor of Defendant.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision was reached.

☑   decided by Judge   MARY K. DIMKE

Date:   5/7/2026

CLERK OF COURT

s/Sean F. McAvoy
*Signature of Clerk*